```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 34813
   CALVIN L GRAYSON
   CAROLYN GRAYSON                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
          Debtor
   SSN XXX-XX-9633     SSN XXX-XX-7326
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/31/05 and confirmed on 12/16/05.

2. The case was dismissed after confirmation, 09/05/2008.

3. The Debtor paid a total of $ 24147.99 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED VEHIC | 16097.48 | 2522.39 | 16097.48 |
| ASPIRE VISA | UNSECURED | 3282.77 | .00 | 428.89 |
| COLUMBUS BANK & TRUST CA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1731.76 | .00 | 226.26 |
| CAPITAL ONE BANK | UNSECURED | 203.52 | .00 | 26.58 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1094.20 | .00 | 142.95 |
| BANK ONE/JPM CHASE | UNSECURED | 1131.88 | .00 | 147.87 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 486.21 | .00 | 63.52 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| FAIR FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1095.27 | .00 | 143.09 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| SILKIES PANTYHOSE | UNSECURED | NOT FILED | .00 | .00 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5607.66 | .00 | 732.64 |
| WORLD FINANCIAL NETWORK | UNSECURED | 531.57 | .00 | 69.45 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1126.77 | .00 | 147.22 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JAMES M PHILBRICK | ORIGINAL ATTO | 400.00 | .00 | 400.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16097.48 | 400.00 | 16291.61 | .00 | 32789.09 |
| PRINCIPAL PAID | 16097.48 | 400.00 | 2128.47 | .00 | 18625.95 |

```
INTEREST PAID             2522.39          .00         .00            .00      2522.39
TOTAL PAID               18619.87       400.00     2128.47            .00     21148.34
```

The Debtor's attorney, LEGAL REMEDIES CHARTERED          , was allowed $   2700.00
and was paid $     700.00   direct and $    2000.00   through the plan.

The Trustee received $     999.65 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/16/08                         /S/
                                         GLENN STEARNS
                                       CHAPTER 13 TRUSTEE